# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

WELLS FARGO BANK, N.A.,

      Plaintiff, : Case No. 3:07-cv-223

  -vs-                                                     Magistrate Judge Michael R. Merz

:

DAVID LAUGHLIN, et al.,

      Defendant.

## ORDER VACATING STAY OF PROCEEDINGS AND SETTING SCHEDULING CONFERENCE

On October 6, 2008, the Court stayed all further proceedings in this case pending the conclusion of the bankruptcy proceedings of defendants David Laughlin and Donna Laughlin. Pursuant to the Notice filed by plaintiff on July 1, 2009, that the automatic stay imposed by Section 362 of the Bankruptcy Code is no longer in effect, the stay in this matter is hereby VACATED.

This case is hereby set for scheduling conference by telephone at 9:30 a.m. on Tuesday, August 4, 2009. Not later than Tuesday, July 28, 2009, the parties shall file an amended report complying with Fed. R. Civ. P. 26(f).

July 2, 2009.

                                                                                           s/ **Michael R. Merz**
                                                                                       United States Magistrate Judge